UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAMION Z. WILSON, | ) | No. CV 12-3836 DMG (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| TERRI GONZALEZ, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: December 28, 2012

*Dolly M. Gee*

DOLLY M. GEE
United States District Judge